ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Afghan Union Transportation and Logistic Co. | ) ASBCA Nos. 63566, 63567 |
| | ) 63568, 63569 |
| | ) |
| Under Contract No. W91B4N-19-C-8017 | ) |

APPEARANCES FOR THE APPELLANT:     Ryan C. Bradel, Esq.
                                   Brian S. Yu, Esq.
                                     Ward & Berry, PLLC
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
                                     Army Chief Trial Attorney
                                   CPT Sana H. Daniell, JA
                                     Trial Attorney

ORDER OF DISMISSAL

On January 16, 2025, appellant requested that all appeals asserted in this consolidated action are voluntarily dismissed. Pursuant to Board Rule 17, as it does not intend to continue the prosecution of these appeals. The government has no objection to the request. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: January 23, 2025

_____
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63566, 63567, 63568, 63569, Appeals of Afghan Union Transportation and Logistic Co., rendered in conformance with the Board's Charter.

Dated:  January 23, 2025

_for Tammye D. Allbott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2